168 So.2d 104

**Eldred J. PATERNOSTRO**

**v.**

**NEW ORLEANS POLICE DEPARTMENT.**

**No. 47168.**

Oct. 21, 1964.

ORDER

It is ordered by the Court that the application for a writ of review filed herein be and the same is hereby dismissed.

See also La.App., 162 So.2d 13.

■

168 So.2d 104

**STATE of Louisiana, through the DEPART-MENT OF HIGHWAYS,**

**v.**

**Lamar C. HUSON.**

**No. 47418.**

Oct. 26, 1964.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of DeSoto. 166 So.2d 3.

Writ refused. Since the Court of Appeal found from a review of the record that only the market value of the land taken as enhanced by the improvements was awarded, we find no error of law in its judgment.